UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-24588-BLOOM/O'Sullivan

CARNIVAL CORPORATION,

    Plaintiff,

v.

TAMMY MCCALL,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Plaintiff's Submission of Documents Supporting Its Reasonable Attorneys' Fees Incurred in Connection with Enforcement Proceedings, ECF No. [123] ("Submission"), and Plaintiff's Local Rule 7.3 Motion as to the Reasonable Amount of Its Attorneys' Fees Award, ECF No. [135] (together, the "Motions"). The Court previously referred matters related to attorney's fees to Magistrate Judge John J. O'Sullivan. ECF No. [115]. On April 26, 2021, Judge O'Sullivan issued a Report and Recommendation recommending that the Motions be granted in part and denied in part, and that Plaintiff's request for an additional $2,500.00 for preparing its Submission be denied. ECF No. [138] (the "R&R"). The recommendation reflects reductions in the number of hours expended, which Judge O'Sullivan concluded is warranted in this case. Ultimately, Judge O'Sullivan recommends that Plaintiff be awarded $112,051.60 in attorneys' fees.

The R&R advised that "the parties will have fourteen days (14) from the date of receipt of this Report and Recommendation within which to serve and file written objections, if any . . . ."[1]

---

[1] This case was previously assigned to the Honorable Ursula Ungaro and was reassigned to the undersigned on June 8, 2021. *See* ECF No. [139].

Case No. 18-cv-24588-BLOOM/O'Sullivan

ECF No. [138] at 25. To date, neither party has filed objections, nor have they sought additional time in which to do so. Nonetheless, the Court has reviewed the Motions and the record, has conducted a *de novo* review of Judge O'Sullivan's R&R, and is otherwise fully advised in the premises. *Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)).

Upon review, the Court finds the R&R to be well-reasoned and correct. The Court agrees with the analysis in the R&R and concludes that Plaintiff's Motions should be granted in part and denied in part. In addition, Plaintiff's request for additional fees for preparation of its Submission is denied for the reasons set forth therein.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judge O'Sullivan's R&R, **ECF No. [138]**, is **ADOPTED**.
2. The Motions, **ECF Nos. [123]** and **[135]** are **GRANTED IN PART AND DENIED IN PART**.
3. Plaintiff's request for additional fees for preparation of the Submission is **DENIED**.
4. Plaintiff is awarded a total of **$112,051.60** in attorneys' fees.
5. This case shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 8, 2021.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record